JOHN E. TIEDT (SBN 134667)
jtiedt@tiedtlaw.com
MARC S. HURD (SBN 130667)
mhurd@tiedtlaw.com
**TIEDT & HURD**
980 Montecito Drive, Suite 209
Corona, California  92879
Telephone: (951) 549-9400
Facsimile: (951) 549-9800

Jordan M. Lewis
jml@kulaw.com
**KELLEY/UUSTAL LAW FIRM**
Courthouse Law Plaza
700 SE 3rd Ave, Third Floor
Ft. Lauderdale, FL 33316
(Pro Hac Vice)

Attorneys for Plaintiff, WILLIAM LANDES

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LANDES, | ) CASE NO.:  2:12-CV-01252-MC-KJN |
| Plaintiff, | ) |
| | ) **STIPULATION RE DISMISSAL** |
| vs. | ) |
| | ) **ORDER THEREON** |
| SKIL POWER TOOLS, a Division of ROBERT BOSCH TOOL CORPORATION, a Delaware Corporation; ROBERT BOSCH TOOL CORPORATION, a Delaware Corporation; LOWES' HIW, INC., a Washington Corporation; LOWE'S COMPANIES INC., a Delaware Corporation; and DOES 1 through 30, INCLUSIVE, | ) ) ) ) ) ) ) ) Hon. MORRISON C. ENGLUND, JR. , ) USDC Judge Presiding |
| Defendants. | ) |

///

///

///

1    WHEREAS, on April 6, 2012, Plaintiff, WILLIAM LANDES, filed the instant

2    action in the California Superior Court in and for the County of San Joaquin, in an

3    action bearing San Joaquin Superior Court Action number 39-2012-00279152-CU-

4    PL-STK (the "Superior Court Action");

5    WHEREAS, the Superior Court Action named the following entities as

6    defendants: SKIL POWER TOOLS, a Division of ROBERT BOSCH TOOL

7    CORPORATION, a Delaware Corporation; ROBERT BOSCH TOOL

8    CORPORATION, a Delaware Corporation; LOWES' HIW, INC., a Washington

9    Corporation; and LOWE'S COMPANIES INC., a Delaware Corporation;

10   WHEREAS, Defendants ROBERT BOSCH TOOL CORPORATION and

11   LOWES' HIW, INC. have retained the law firm of Gordon & Rees to represent their

12   interests in this action;

13   WHEREAS, on or about May 10, 2012, Defendants ROBERT BOSCH TOOL

14   CORPORATION and LOWES' HIW, INC., filed a "Notice of Removal to Federal

15   Court," thereby removing the matter to the United States District Court, Eastern

16   District of California, where it was assigned its current Case No.:  2:12-CV-01252-

17   MC-KJN;

18   WHEREAS, counsel at Gordon & Rees has informed plaintiff's counsel that

19   the proper entities are, in fact, ROBERT BOSCH TOOL CORPORATION and

20   LOWES' HIW, INC., and that the other named corporate entity defendants are not

21   proper parties to this action;

22   Now therefore, the parties, through their counsel agree and stipulate to the

23   following:

24       1.    That those defendants, named as "SKIL POWER TOOLS, a

25           Division of ROBERT BOSCH TOOL CORPORATION, a

26           Delaware Corporation" and "LOWE'S COMPANIES, INC., a

27           Delaware Corporation," may be dismissed without prejudice from

28

1    the above-entitled suit;

2    2.    In the event that either "SKIL POWER TOOLS, a Division of

3         ROBERT BOSCH TOOL CORPORATION, a Delaware

4         Corporation" or "LOWE'S COMPANIES, INC., a Delaware

5         Corporation," or both, are later determined to be proper entities,

6         counsel for Plaintiff may seek leave of Court to name said entities,

7         and that, for the purposes of any applicable statute of limitations,

8         any defense based on the statute of limitations, laches, waiver,

9         estoppel or delay, is tolled as of the date that the Order regarding

10        this Stipulation Re Dismissal is signed by the Court; and

11   3.    That this stipulation does not, and shall not be deemed to, revive

12        any claims or defense that may have expired prior to the date of the

13        filing of the Complaint.

14   **IT IS SO STIPULATED.**

15

16   Dated:  July ___, 2012                    **TIEDT & HURD**

17

18                                    By: _____

19                                        John E. Tiedt
                                          Marc S. Hurd
20                                        Attorneys for Plaintiff,
                                          WILLIAM LANDES

21

22   Dated:  July___, 2012                     **GORDON & REES, LLP**

23

24

25                                    By: _____
                                          Jack B. McCowan, Jr.

26                                        Attorneys for Defendants,
                                          ROBERT BOSCH TOOL
27                                        CORPORATION
                                          and LOWE'S HIW, INC.

28

## <u>ORDER</u>

Upon stipulation of the parties, and good cause appearing for the relief requested, it is hereby ORDERED as follows:

1. That those defendants, named as "SKIL POWER TOOLS, a Division of ROBERT BOSCH TOOL CORPORATION, a Delaware Corporation" and "LOWE'S COMPANIES, INC., a Delaware Corporation," are hereby dismissed <u>without prejudice</u> from the above-entitled suit;

2. That in the event that either of those defendants, named as "SKIL POWER TOOLS, a Division of ROBERT BOSCH TOOL CORPORATION, a Delaware Corporation" or "LOWE'S COMPANIES, INC., a Delaware Corporation," or both, are later determined to be the proper entities, counsel for Plaintiff may seek leave of Court to name said entities, and that, for the purposes of any applicable statute of limitations, any defense based on the statute of limitations, laches, waiver, estoppel or delay, is tolled as of the date that the Order regarding this Stipulation Re Dismissal is signed by the Court; and

3. That this ORDER does not, and shall not be deemed to, revive any claims or defense that may have expired prior to the date of the filing of the Complaint on or about April 10, 2012.

**IT IS SO ORDERED.**

Dated:  July 13, 2012

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION RE DISMISSAL

LAW OFFICES
TIEDT & HURD