1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIAM LANDES,

11
                Plaintiff,              No. 2:12-cv-1252 MCE KJN
12        v.

13   SKIL POWER TOOLS, et al.,

14
                Defendants.            <u>ORDER</u>
15   _____/

16        Presently before the court is the parties' proposed Stipulated Protective Order,

17   which seeks approval of an order governing the treatment of discovery materials that the parties

18   intend to designate as "Confidential Materials." (Dkt. No. 38.) At the present time, the

19   undersigned will not approve the proposed stipulated protective order, but will consider a revised

20   proposed stipulated protective order that addresses the court's concerns identified below.

21        First, certain portions of the proposed stipulated protective order suggest that the

22   marking of material as "Confidential Materials" pursuant to the protective order would

23   automatically result in the sealing of such materials filed with the court. (<u>See</u> <u>e.g.</u> Dkt. No. 38, ¶¶

24   4e, 6.) The sealing of documents is never automatic, and the parties are required to file a request

25   to seal in accordance with the Eastern District Local Rules, including Local Rule 141, and the

26   Federal Rules of Civil Procedure. The undersigned recommends that the parties consider adding

1

1   a provision to that effect in any revised proposed stipulated protective order.

2          Second, paragraph 15 of the proposed stipulated protective order also appears to

3   outline obligations by the Clerk of Court to return documents filed under seal that may be

4   inconsistent with Local Rule 141.  Again, the undersigned recommends that this paragraph be

5   revised to be consistent with Local Rule 141.

6          Finally, the parties are advised that the undersigned is strongly disinclined, absent

7   some compelling reason, to approve any provision that creates retained jurisdiction over a

8   stipulated protective order and related disputes after termination of the action.  Local Rule

9   141.1(f) provides: "Once the Clerk has closed an action, unless otherwise ordered, the Court will

10  not retain jurisdiction over enforcement of the terms of any protective order filed in that action."

11  E.D. Cal. L.R. 141.1(f).

12          Accordingly, IT IS HEREBY ORDERED that the parties' proposed stipulated

13  protective order (dkt. no. 38) is NOT APPROVED, but without prejudice to the refiling of a

14  revised proposed stipulated protective order that sufficiently addresses the court's concerns

15  outlined above.

16          IT IS SO ORDERED.

17  DATE:  February 21, 2013

18

19

20  _____
    KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

2