JOHN E. TIEDT (SBN 134667)
jtiedt@tiedtlaw.com
MARC S. HURD (SBN 130667)
mhurd@tiedtlaw.com
**TIEDT & HURD**
980 Montecito Drive, Suite 209
Corona, California 92879
Telephone: (951) 549-9400
Facsimile: (951) 549-9800

Jordan M. Lewis
jml@kulaw.com
**KELLEY/UUSTAL LAW FIRM**
Courthouse Law Plaza
700 SE 3rd Ave, Third Floor
Ft. Lauderdale, FL 33316
(Pro Hav Vice)

Attorneys for Plaintiff, WILLIAM LANDES

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM LANDES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SKIL POWER TOOLS, a Division of ROBERT BOSCH TOOL CORPORATION, a Delaware Corporation; ROBERT BOSCH TOOL CORPORATION, a Delaware Corporation; LOWES' HIW, INC., a Washington Corporation; LOWE'S COMPANIES INC., a Delaware Corporation; and DOES 1 through 30, INCLUSIVE,<br><br>　　　　Defendants. | CASE NO.: 2:12-CV-01252-MCE-KJN<br><br>**PLAINTIFF'S NOTICE OF MOTION TO AUGMENT PLAINTIFF'S EXPERT DISCLOSURE, OR IN THE ALTERNATIVE, TO AMEND PRE-TRIAL CONFERENCE ORDER TO ALLOW PLAINTIFF TO WITHDRAW EXPERT AND NAME A NEW EXPERT, AND/OR TO MOTION TO CONTINUE TRIAL**<br><br>Hearing Date:　December 5, 2013<br>Time:　　　　　2:00 p.m.<br>Courtroom:　　Courtroom #7,<br>　　　　　　　　14th Floor<br><br>Hon. MORRISON C. ENGLUND, JR.,<br>Chief USDC Judge Presiding |

///

///

///

---

1
PLAINTIFF'S NOTICE OF MOTION TO AUGMENT PLAINTIFF'S EXPERT DISCLOSURE, OR IN THE ALTERNATIVE, TO AMEND PRE-TRIAL CONFERENCE ORDER TO ALLOW PLAINTIFF TO WITHDRAW EXPERT AND NAME A NEW EXPERT, AND/OR TO MOTION TO CONTINUE TRIAL

LAW OFFICES
TIEDT & HURD

1 **TO THIS HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:**

2 **PLEASE TAKE NOTICE** that on December 5, 2013, at 2:00 p.m., or as soon thereafter as the matter may be heard before the Hon. MORRISON C. ENGLUND, JR., Chief USDC Judge Presiding, Plaintiff, WILLIAM LANDES, will and hereby does move to augment plaintiff's expert disclosure, or in the alternative, to amend this Court's Pre-Trial Conference Order to permit plaintiff to amend his FRCP Rule 26 expert disclosure and allow plaintiff to withdraw expert and name a new expert in his place. More specifically, Plaintiff seeks to withdraw Stephen Gass as an expert, and substitute Dr. Irving U. Ojalvo in his place.

By this motion, Plaintiff also seeks an order continuing trial in this matter, so as to permit the parties to engage in necessary expert discovery based on Plaintiff's newly retained expert.

This motion is made pursuant to FRCP, Rule 16, FRCP, Rule 26, and is made on the grounds that due to circumstances beyond the control of the Plaintiff, Plaintiff's previously identified expert witness, Dr. Stephen Gass, is no longer able to serve as Plaintiff's expert, has very recently informed Plaintiff's counsel that he declines/refuses to cooperate with Plaintiff's counsel in providing expert testimony in this matter, thus necessitating that Plaintiff retain and designate a new expert in Dr. Gass' place.

The motion to continue trial is presented in the alternative, so as to permit the Court to issue a new Pre-Trial Scheduling Order, with new expert discovery disclosure dates, to permit designation and disclosure of experts pursuant to a new Pre-Trial Conference Order. This aspect of the motion is based on the further grounds that such continuance of trial will alleviate any prejudice to defense counsel the case, based on the newly designated expert.

The motion is and will be based on this notice, the memorandum of points and authorities served and filed herein, on the Declaration of Marc S. Hurd and exhibits attached thereto served

///

///

///

///

LAW OFFICES
TIEDT & HURD

2
PLAINTIFF'S NOTICE OF MOTION TO AUGMENT PLAINTIFF'S EXPERT DISCLOSURE, OR IN THE ALTERNATIVE, TO AMEND PRE-TRIAL CONFERENCE ORDER TO ALLOW PLAINTIFF TO WITHDRAW EXPERT AND NAME A NEW EXPERT, AND/OR TO MOTION TO CONTINUE TRIAL

and filed with this motion, and upon such other oral or other documentary evidence as may be permitted at the time of the hearing of the motion.

                Respectfully submitted.

DATED: November 6, 2013      **TIEDT & HURD**

By: /s/ Marc S. Hurd
JOHN E. TIEDT
MARC S. HURD

-and-

JORDAN M. LEWIS (FL Bar No.: 97997)
**KELLEY/UUSTAL, PLC**
(*Pro hac vice*)

Attorneys for Plaintiff,
WILLIAM LANDES

---

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF RIVERSIDE )

    I, JILL HUSK, state that I am employed in the aforesaid County, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 980 Montecito Drive, Suite 209, Corona, CA 92879.

    On November 7, 2013, I served the foregoing NOTICE OF MOTION TO AUGMENT PLAINTIFF'S EXPERT DISCLOSURE OR IN THE ALTERNATIVE TO AMEND PRE_TRIAL CONFERENCE ORDER AND?OR MOTION TO CONTINUE TRIAL on the interested parties by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Corona, California, addressed as follows and/or by one of the methods of service as follows:

[SEE ATTACHED SERVICE LIST]

__X__ **BY MAIL**: I am readily familiar with this firm's practice of collection and processing of correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service the same day in the ordinary course of business pursuant to C.C.P. 1013(a).

____ **BY FAX**: In addition to service by mail as set forth above, a copy of said document(s) were also delivered by facsimile transmission to the addressee pursuant to C.C.P. 1013(e).

____ **BY PERSONAL SERVICE**: I hand-delivered said document(s) to the office of the addressee, using an attorney service, pursuant to C.C.P. 1011.

__X__ **BY E-SERVICE** as directed pursuant to the United States District Court CM/ECF rules.

____ **BY EXPRESS MAIL**: I caused said document(s) to be placed in an Express Mail Overnight Envelope and deposited in an Express Mail DropBox to be delivered the following business day pursuant to C.C.P. 1013(c).

☐ [State] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 11, 2012, at Corona, California.

☒ [Federal] I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on November 7, 2013, at Corona, California.

_____
JILL HUSK

LAW OFFICES
TIEDT & HURD

# SERVICE LIST
Landes v. Skil Power Tools, et al.
US District Court Case No. 2:12-CV-01252-MCE-KJN

| | |
|---|---|
| Jack B. McCowan, Jr.<br>Gordon & Rees, LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>(415) 986-5900<br>(415) 986-8054<br>**Email:** jmccowan@gordonrees.com | **Counsel for Defendants,**<br>**ROBERT BOSCH TOOL CORPORATION;**<br>**LOWE's HIW, INC.** |
| Mr. Jordan Lewis<br>Kelley/Uustal Law Firm<br>700 SE 3rd Avenue, Third Floor,<br>Fort Lauderdale, FL 33316<br>(954) 522-6601; (954) 522-6608 FAX<br>Email: jml@kulaw.com | **Co-Counsel for Plaintiff,**<br>**WILLIAM LANDES** |

5
PLAINTIFF'S NOTICE OF MOTION TO AUGMENT PLAINTIFF'S EXPERT DISCLOSURE, OR IN THE ALTERNATIVE, TO AMEND PRE-TRIAL CONFERENCE ORDER TO ALLOW PLAINTIFF TO WITHDRAW EXPERT AND NAME A NEW EXPERT, AND/OR TO MOTION TO CONTINUE TRIAL

LAW OFFICES
TIEDT & HURD