1  JOHN E. TIEDT (SBN 134667)
   jtiedt@tiedtlaw.com
2  MARC S. HURD (SBN 130667)
   mhurd@tiedtlaw.com
3  **TIEDT & HURD**
   980 Montecito Drive, Suite 209
4  Corona, California  92879
   Telephone: (951) 549-9400
5  Facsimile: (951) 549-9800

6  Jordan M. Lewis
   jml@kulaw.com
7  **KELLEY/UUSTAL LAW FIRM**
   Courthouse Law Plaza
8  700 SE 3rd Ave, Third Floor
   Ft. Lauderdale, FL 33316
9  (Pro Hac Vice)

10  Attorneys for Plaintiff, WILLIAM LANDES

11

12                  **UNITED STATES DISTRICT COURT**

13     **EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION**

14

15  WILLIAM LANDES,                    )  **CASE NO.:**  2:12-CV-01252-MC-KJN
                                       )
16            Plaintiff,               )
                                       )  **STIPULATION RE: EXTENSION OF**
17       vs.                           )  **TIME TO SUBMIT AMENDED**
                                       )  **EXPERT DISCLOSURE**
18  SKIL POWER TOOLS, a Division of    )
    ROBERT BOSCH TOOL                  )
19  CORPORATION, a Delaware            )  **ORDER**
    Corporation; ROBERT BOSCH TOOL     )
20  CORPORATION, a Delaware            )
    Corporation; LOWES' HIW, INC., a   )
21  Washington Corporation; LOWE'S     )
    COMPANIES INC., a Delaware         )
22  Corporation; and DOES 1 through 30,)  Hon. MORRISON C. ENGLAND, JR. ,
    INCLUSIVE,                         )  USDC Judge Presiding
23                                     )
            Defendants.                )
24  _____)

25

26

27  ///

28  ///

1    WHEREAS, on April 6, 2012, Plaintiff, WILLIAM LANDES, filed the instant

2  action in the California Superior Court in and for the County of San Joaquin, in an

3  action bearing San Joaquin Superior Court Action number 39-2012-00279152-CU-

4  PL-STK (the "Superior Court Action");

5    WHEREAS, on or about May 10, 2012, Defendants ROBERT BOSCH TOOL

6  CORPORATION and LOWES' HIW, INC., filed a "Notice of Removal to Federal

7  Court," thereby removing the matter to the United States District Court, Eastern

8  District of California, where it was assigned its current Case No.:  2:12-CV-01252-

9  MC-KJN;

10    WHEREAS, the (initial) Pre-Trial Scheduling Order ("PTSO") in this case

11  imposed a non-expert discovery cut-off of May 24, 2013, and a July 24, 2013,

12  deadline for designating experts. [PTSO, Dec. 20, 2012, ECF No. 37.];

13    WHEREAS, on or about November 7, 2013, Plaintiff moved to augment his

14  expert disclosure, or in the alternative to amend the pre-trial conference order to

15  allow Plaintiff to withdraw an expert and name a new expert witness ("Motion")

16  [Mot., Nov. 7, 2013, ECF No. 47];

17    WHEREAS, on December 30, 2013, the Court granted the Motion [ECF Doc.

18  54] and thereafter issued an "Amended Pre-Trial Scheduling Order" [ECF Doc. 55],

19  which collectively permitted Plaintiff to supplement his expert witness disclosure to

20  permit the designation of Dr. Irving Ojalvo;

21    WHEREAS, the Amended Pre-Trial Scheduling Order [ECF Doc. 55]

22  provided that "The Amended Expert Witness Disclosure and accompanying written

23  report must be filed by Plaintiff within ninety (90) days of the filing of this Court's

24  Dec. 30, 2013 Order (ECF No. 54)";

25    WHEREAS, the Parties to this Action have been engaged in settlement

26  discussions which, if successful, could obviate the need for further expert disclosures

27  and result in dismissal of the within action;

28  ///

1    Now therefore, the parties, through their counsel agree and stipulate to the

2  following:

3        1.    That Plaintiff may be permitted an additional two weeks, to and

4              including <u>April 11, 2014</u>, in which Plaintiff's counsel is to

5              designate in writing, file with the Court, and serve upon the other

6              parties the name, address, and area of expertise of each expert that

7              they propose to tender at trial, and to file with the Court and serve

8              upon counsel for all other parties the expert report of Dr. Ojalvo;

9              and

10       2.    That within twenty (20) days after the designation of expert

11             witnesses, any party may designate a supplemental list of expert

12             witnesses who will express an opinion on a subject covered by an

13             expert designated by an adverse party.

14     **IT IS SO STIPULATED.**

15  Dated:  March 24, 2014                    **TIEDT & HURD**

16

17                                      By: _____

18                                         John E. Tiedt
                                           Marc S. Hurd
19                                         Attorneys for Plaintiff,
                                           WILLIAM LANDES
20

21  Dated:  March 24, 2014                    **GORDON & REES, LLP**

22

23

24                                      By: _____/s/_____

25                                         Jack B. McCowan, Jr.
                                           Attorneys for Defendants,
26                                         ROBERT BOSCH TOOL
                                           CORPORATION
27                                         and LOWE'S HIW, INC.

28

LAW OFFICES
TIEDT &
HURD

**STIPULATION RE: EXTENSION OF TIME TO SUBMIT AMENDED EXPERT DISCLOSURE**

1

## ORDER

2      Upon stipulation of the parties, and good cause appearing for the relief

3 requested, it is hereby ORDERED as follows:

4      1.   That Plaintiff shall be permitted an additional two weeks, to and

5           including April 11, 2014, in which Plaintiff's counsel is to

6           designate in writing, file with the Court, and serve upon the other

7           parties an Amended Expert Witness Disclosure as explained in

8           ECF No. 54, including the name, address, and area of expertise of

9           each expert that they propose to tender at trial, and to file with the

10          Court and serve upon counsel for all other parties the expert report

11          of Dr. Irving Ojalvo; and

12     2.   That within twenty (20) days after the designation of expert

13          witnesses, any party may designate a supplemental list of expert

14          witnesses who will express an opinion on a subject covered by an

15          expert designated by an adverse party.

16     **IT IS SO ORDERED.**

17 **Dated:  March 27, 2014**

18

19 _____

20      MORRISON C. ENGLAND, JR., CHIEF JUDGE
        UNITED STATES DISTRICT COURT

21

22

23

24

25

26

27

28