JOHN E. TIEDT (SBN 134667)
jtiedt@tiedtlaw.com
MARC S. HURD (SBN 130667)
mhurd@tiedtlaw.com
**TIEDT & HURD**
980 Montecito Drive, Suite 209
Corona, California  92879
Telephone: (951) 549-9400
Facsimile: (951) 549-9800

Jordan M. Lewis
jml@kulaw.com
**KELLEY/UUSTAL LAW FIRM**
Courthouse Law Plaza
700 SE 3rd Ave, Third Floor
Ft. Lauderdale, FL 33316
(Pro Hac Vice)

Attorneys for Plaintiff, WILLIAM LANDES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM LANDES, | CASE NO.: 2:12-CV-01252-MCE-KJN |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| SKIL POWER TOOLS, a Division of ROBERT BOSCH TOOL CORPORATION, a Delaware Corporation; ROBERT BOSCH TOOL CORPORATION, a Delaware Corporation; LOWES' HIW, INC., a Washington Corporation; LOWE'S COMPANIES INC., a Delaware Corporation; and DOES 1 through 30, INCLUSIVE, | Hon. MORRISON C. ENGLAND, JR. , USDC Judge Presiding |
| Defendants. | |

Upon stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the claims filed by Plaintiff, WILLIAM LANDES, against Defendants ROBERT BOSCH TOOL CORPORATION and LOWE's HIW, INC. be, and hereby are, dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,

1  and that the matter may be dismissed in its entirety.  As to these claims, each side is to bear its own
2  costs and attorneys' fees.  The Clerk of the Court is directed to close this case.
3      IT IS SO ORDERED.
4  Dated:  July 30, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT